Laura A. Stoll (SBN: 255023)
LStoll@goodwinlaw.com
GOODWIN PROCTER LLP
601 South Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: (213) 426-2500
Fax: (213) 623-1673

*Attorneys for Defendants
Nationstar Mortgage, LLC and Mr. Cooper Group, Inc.*

*Additional counsel listed below*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ADRIAN SCOTT RANDLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company d/b/a Mr. Cooper, and MR. COOPER GROUP, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 1:24-CV-00177-KES-SKO<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER**<br><br>**(Doc. 14)** |

1   Pursuant to Civil Local Rule 144(a), Plaintiff Adrian Scott Randles ("Plaintiff") and
2   Defendants Nationstar Mortgage, LLC and Mr. Cooper Group, Inc. ("Defendants") (together, the
3   "Parties"), by and through their respective attorneys, stipulate as follows:
4   WHEREAS, Plaintiff filed his Complaint on February 7, 2024 (*see* Dkt. No. 1);
5   WHEREAS, Defendants waived service on February 7, 2024 (*see* Dkt. Nos. 5-6);
6   WHEREAS, the current deadline for Defendants' response to the Complaint is April 8,
7   2024;
8   WHEREAS, the Initial Scheduling Conference is scheduled for May 7, 2024;
9   WHEREAS, Plaintiff filed a Motion for Class Certification ("Class Cert. Motion") on
10  February 28, 2024;
11  WHEREAS, Plaintiff served the Class Cert. Motion by mail on February 29, 2024;
12  WHEREAS, Defendants do not have a record of having received service of the Class Cert.
13  Motion;
14  WHEREAS, a hearing on the Class Cert. Motion is noticed for May 1, 2024;
15  WHEREAS, Defendants intend to file a Motion to Transfer Venue to the Northern District
16  of Texas, and the parties agree that, for efficiency of the Court and the Parties' time and
17  resources, the Motion to Transfer should be heard prior to the Class Cert. Motion and prior to
18  Defendants responding to the Complaint;
19  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to
20  the Court's approval:
21      1.  The parties agree that Defendants' anticipated Motion to Transfer Venue
22          should be heard by the Court prior to the Class Cert. Motion and
23          Defendants' response to the Complaint;
24      2.  The deadline for Defendants to respond to the Class Cert. Motion is hereby
25          extended to April 17, 2024; and
26      3.  The deadline for Defendants to respond to the Complaint is hereby
27          extended to May 8, 2024.
28

1

This is the Parties' first request for an extension of Defendants' time to respond to the Complaint and the Parties' first request for an extension of Defendants' time to respond to the Class Cert. Motion.

**IT IS SO STIPULATED.**

Dated: March 12, 2024                    Respectfully submitted,

By: /s/ *Patrick H. Peluso* (as authorized on 3/12/2024)

> PATRICK H. PELUSO (*admitted pro hac vice*)
> WOODROW & PELUSO, LLC
> 3900 East Mexico Avenue, Suite 300
> Denver, CO 80210
> ppeluso@woodrowpeluso.com
> Telephone: (720) 213-0676
>
> *Attorneys for Plaintiff*

Dated: March 12, 2024                    Respectfully submitted,

By: */s/ Laura A. Stoll*_____

> LAURA A. STOLL (SBN: 255023)
> lstoll@goodwinlaw.com
> GOODWIN PROCTER LLP
> 601 S. Figueroa Street, Suite 4100
> Los Angeles, CA 90017
> Tel: +1 213 426 2625
> Fax: +1 213 289 7725
>
> *Counsel for Defendants Mr. Cooper Group, Inc. and Nationstar Mortgage d/b/a Mr. Cooper*

## **ORDER**

Based on the foregoing stipulation of the parties (Doc. 14), and for good cause shown, it is hereby ORDERED that the deadline for Defendants to respond to the Class Certification Motion is hereby extended to April 17, 2024, and the deadline for Defendants to respond to the Complaint is hereby extended to May 8, 2024.

|   |   |
|---|---|
| 1 | Because the parties have stipulated to have Defendants' Motion to Transfer (Doc. 15) |
| 2 | decided by a District Judge before the pending Motion for Class Certification (Doc. 9), the Court |
| 3 | ORDERS that, in the interest of litigation economy and judicial efficiency, Plaintiff's pending |
| 4 | Motion for Class Certification (Doc. 9) is HELD IN ABEYANCE until Defendant's Motion to |
| 5 | Transfer (Doc. 15) is resolved. |
| 6 | The hearing on the Motion for Class Certification, currently set for May 1, 2024, is hereby |
| 7 | VACATED, and a hearing will be re-set, if appropriate, after resolution of the Motion to Transfer. |
| 8 | If the Court denies the Motion to Transfer, Plaintiffs shall file a notice to re-set the hearing on the |
| 9 | Motion for Class Certification within seven (7) days of issuance of the denial order. |

IT IS SO ORDERED.

Dated:  **March 14, 2024**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

3

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  I certify under the penalty of perjury that this document filed through the ECF system will
3  be sent electronically to the registered participants as identified on the Notice of Electronic Filing
4  (NEF) and paper copies will be sent to those indicated as non-registered participants on March
5  14, 2024.

*/s/ Laura A. Stoll*
Laura A. Stoll