

United States District Court
Eastern District of California

| Adrian Scott Randles | Case Number: | 1:24-cv-00177 |

Plaintiff(s)

V.

| Mr. Cooper Group, Inc., et al |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
W. Kyle Tayman _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Defendants Nationstar Mortgage, LLC and Mr. Cooper Group, Inc.

On _____04/11/2011_____ (date), I was admitted to practice and presently in good standing in the
_____District of Columbia Court of Appeals_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____04/05/2024_____     Signature of Applicant: /s/ __W. Kyle Tayman_____

**Pro Hac Vice Attorney**

Applicant's Name: W. Kyle Tayman

Law Firm Name: Goodwin Procter LLP

Address: 1900 N Street, N.W.

City: Washington   State: DC   Zip: 20036

Phone Number w/Area Code: (202) 346-4000

City and State of Residence: Potomac, MD

Primary E-mail Address: KTayman@goodwinlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Laura A. Stoll

Law Firm Name: Goodwin Procter LLP

Address: 601 S. Figueroa Street

41st Floor

City: Los Angeles   State: CA   Zip: 90017

Phone Number w/Area Code: (213) 426-2500   Bar # 255023

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/8/2024                    *Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT